**Order filed July 9, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00392-CV
_____

### JAY COHEN, Appellant

### V.

### TOURS PARTNERS, LTD. AND PRESTON REALTY CORPORATION, Appellees

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-41051**

---

## O R D E R

The notice of appeal in this case was filed April 28, 2015. On May 13, 2015, the court notified all parties that the filing fee of $195.00 was past due and the appeal may be dismissed if it was not paid by May 26, 2015. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **July 20, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM